**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6998**

_____

WILLIE S. MERRIWEATHER,

Plaintiff - Appellant,

versus

EDGEFIELD COUNTY SHERIFF'S DEPARTMENT,

Defendant - Appellee,

and

MARION TURNER; BILLY R. PARKER; OSCAR MOTON,

Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (CA-97-1890-6-23AK)

_____

Submitted:  December 17, 1998       Decided:  January 6, 1999

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie S. Merriweather, Appellant Pro Se.  Anne Macon Flynn, SOUTH
CAROLINA BUDGET AND CONTROL BOARD, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie S. Merriweather appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Merriweather v. Edgefield County Sheriff's Dep't</u>, No. CA-97-1890-6-23AK (D.S.C. Jun. 23, 1998). We deny Merriweather's motion to subpoena witnesses. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2